## WOFFORD OIL COMPANY OF GEORGIA v. HOUCK *et al.*

No. 7379.  FEBRUARY 12, 1930.

*O. C. Hancock,* for plaintiff in error.   *T. L. Slappey,* contra.

HINES, J.  Under conflicting evidence the court did not err in granting an interlocutory injunction.  The defendant was undertaking to dismantle a filling-station by removing from the premises upon which it was erected certain underground tanks which had been installed in 1921, and claimed the right to do so under a contract dated January 11, 1929, which did not refer to tanks

already installed, but which contemplated . the installation of tanks under said contract; and it not being made clear from the evidence that the defendant was justified in dismantling this station under said contract, we can not hold as a matter of law that an injunction should have been denied. Tt does not appear that the judge failed to exercise his discretion in this matter.

*Judgment affirmed. All the Justices concur.*